IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GARY O. SMITH,

    Plaintiff,

  v.

YAMHILL COUNTY CIRCUIT
COURT,

    Defendant.

Civil No. 10-1148-BR

ORDER

BROWN, Judge.

    Plaintiff brings this civil action *pro se*.  On September 30, 2010, this Court issued an Opinion and Order dismissing Plaintiff's Complaint for lack of subject matter jurisdiction.  Due to Plaintiff's *pro se* status, the Court advised Plaintiff of the deficiencies of his Complaint and granted him leave to file an Amended Complaint curing those deficiencies.  Currently before the Court is Plaintiff's Amended Complaint (#11).

1 - ORDER -

Plaintiff's Amended Complaint fails to cure the deficiencies noted in the Court's September 30, 2010, Opinion and Order. Accordingly, IT IS ORDERED that Plaintiff's Amended Complaint is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this <u>30th</u> day of November, 2010.

         <u>/s/ Anna J. Brown</u>
         ANNA J. BROWN
         United States District Judge